Docket Number: KNL _CV - 26 - 5026636 - S_ SUPERIOR COURT OF CONNECTICUT

Plaintiff _CAROLYN BURKHARDT_

JUDICIAL DISTRICT OF
NEW LONDON
AT NEW LONDON

v.

Defendant _NEWPRO OPERATING LLC_    Date: _5·11·2026_

2026 MAY 15 A 10: 24

_EXHIBIT D_
Motion Title

1. PER THE MAGISTRATE'S REQUEST ON THE NOTICE OF 4·24·2026, I SUBMIT THE DOCUMENTION

2. CONCERNING THE REGISTRATION OF NEWPRO OPERATING, LLC, CASE 25-11950

3.

4.

5.

6.

7.

8.

**FILED**

MAY 11 2026

SUPERIOR COURT - NEW LONDON
JUDICIAL DISTRICT AT NEW LONDON

9.

10.

11.

12.

13.

14.

Carolyn Burkhardt
(Signature)

Name: CAROLYN BURKHARDT

Address: 6 HAWLEY ST.
PAWCATUCK, CT. 06379

Phone Number: 401·742·1893

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all parties of record, including:
Name & address of each party of record that this motion has been mailed or delivered to:

FEDERAL BANKRUPTCY COURT - DISTRICT OF DELAWARE

CASE # 25 - 11950

MY CASE # IS 41

NEWPRO OPERATING LLC c/o CORPORATE CREATIONS NETWORK

4th FLOOR
6 LANDMARK SQUARE
STAMFORD, CT. 06901

 Outlook

Fwd:

From CAROLYN BURKHARDT <cbcarolyn@verizon.net>

EXHIBIT D

Begin forwarded message:

**From:** "CT.Gov Business" <do-not-reply-business@notifications.ct.gov>
**Date:** May 7, 2026 at 12:31:20 PM EDT
**To:** "cbcarolyn@verizon.net" <cbcarolyn@verizon.net>

This is the registration number
HIC.0605216 for
NewPro Operating LLC, NEWPRO OPERATING LLC
26 CEDAR ST
WOBURN, MA 01801

If you have further questions, please call us at the Consumer Complaint Center

Thank you,

**Monday to Friday (8:30 a.m. to 4:30 p.m.)**
**Closed on Saturdays and Sundays**

**Consumer complaint center:**
**Phone: 860-713-6300**
**Toll free: 800-842-2649**

rdt
St.
, CT.
6379



PROVIDENCE RI   O28

12 MAY 2026  PM 4   L

FOREVER USA

U.S. Bankruptcy Court
District of Delaware
824 N. Market St.
# 500
Wilmington, DE    19801
19801-302499